IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

STEVEN EUGENE PASSMORE
_____/

INDICTMENT

4:09cr50-SPM

THE GRAND JURY CHARGES:

COUNT ONE

That on or about October 21, 2008, in the Northern District of Florida, the defendant,

**STEVEN EUGENE PASSMORE,**

did file, attempt to file, and conspire to file a false lien and encumbrance, to wit, a financing statement, in a record that is generally available to the public against the personal property of a United States District Judge and an Assistant United States Attorney, both of whom are individuals described in Section 1114 of Title 18 of the United States Code, on account of the performance of official duties by a United States District Judge and an Assistant United States Attorney, knowing and having reason to know that such lien and encumbrance was false and contained materially false, fictitious

Filed 0804'09 USDC FLN 4PM 0233

and fraudulent statements and representations, in violation of Title 18, United States Code, Section 1521.

A TRUE BILL:

REDACTED
FOREPERSON

August 4, 2009
DATE

*[signature: Thomas F. Kirwin]*
THOMAS F. KIRWIN
United States Attorney

*[signature: Robert O. Davis]*
ROBERT O. DAVIS
Assistant United States Attorney