IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:09cr50-SPM/AK

STEVEN EUGENE PASSMORE,

    Defendant.

_____/

## ORDER RESETTING TRIAL AND SETTING HEARING

To facilitate the prompt administration of justice, it is

ORDERED AND ADJUDGED:

1. Trial is reset for 8:30 a.m. on Monday, November 23, 2009, at the United States Courthouse in <u>Gainesville</u>, Florida.

2. A hearing is set for 1:30 p.m. on Monday, November 16, 2009, at the United States Courthouse in <u>Tallahassee</u>, Florida. The purpose is to discuss Defendant's expressed preference for a non-jury trial and establish a waiver and approval, as required under Federal Rule of Criminal Procedure 23(a). The Court will also discuss with Defendant his decision to proceed as his own lawyer.

DONE AND ORDERED this 2nd day of November, 2009.

              *s/ Stephan P. Mickle*
              Stephan P. Mickle
              Chief United States District Judge