IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:09cr50-SPM/AK

STEVEN EUGENE PASSMORE,

    Defendant.
_____/

### ORDER DENYING REQUEST FOR SUBPOENA FORMS

This cause comes before the Court on Defendant's letter (doc. 23) requesting the clerk to provide subpoena forms. The request will be denied because Defendant has not provided any names or addresses of the witnesses. Nor has he shown the need for any witness's presence for an adequate defense.

Defendant has submitted a financial affidavit (doc. 14) showing that he is indigent and thus unable to pay witness fees and process costs. Under Federal Rule of Criminal Procedure 17(b), upon application by Defendant the Court will order subpoenas to be issued with process costs and fees to be paid by the Government. However, the application must include (1) the name of each witness, (2) an address for service for each witness, and (3) a description of the actual knowledge each witness has of facts relevant to the case. Defendant has

not included this information in his request for subpoena forms.  Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendant's request for subpoena forms (doc. 23) is denied.

2. Defendant may file an application for subpoenas in accordance with Federal Rule of Criminal Procedure 17(b).

DONE AND ORDERED this 9th day of December, 2009.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge