IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO.: 4:09cr50-SPM/AK

STEVEN EUGENE PASSMORE,

      Defendant.
_____/

## PRELIMINARY ORDER ON SUBPOENAS

The Court has received from Defendant Passmore four subpoenas that have been filled in and submitted to the clerk for service. Defendant must comply with the provisions of Federal Rule of Criminal Procedure 17(b) before the subpoenas will be issued.

The concerns Defendant raises in his "Ex Parte Communication" letter, which the Court will order to be filed under seal, have been made moot by the submission of the subpoenas. Defendant is again advised, however, that by representing himself he is in charge of his own defense. Accordingly, if Defendant is convicted in this case, ineffectiveness of stand-by counsel is not a

ground to overturn the conviction.  Based on the foregoing, it is

ORDERED AND ADJUDGED:

1.     The clerk shall file Defendant's letter under seal.  No action will be taken on the letter.

2.     The clerk shall hold Defendant's subpoenas.  The subpoenas will not be issued unless ordered by the Court upon application by Defendant in accordance with Federal Rule of Criminal Procedure 17(b).

DONE AND ORDERED this 11th day of December, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge