IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:09cr50-SPM/AK

STEVEN EUGENE PASSMORE,

    Defendant.
_____/

**ORDER DENYING MOTION TO STAY
AND MOTION IN LIMINE**

This cause comes before the Court for consideration of Defendant's motion to stay (doc. 36), Defendant's motion in limine (doc. 37), and the response in opposition filed by the Government (doc. 41). For the following reasons, the motions will be denied.

1. Defendant's pending appeal of his prior criminal case has no bearing on the validity of the lien or encumbrance that he filed, which is the basis for the indictment in this case. Therefore, the fact that an appeal may be pending is not a valid reason to stay the prosecution of this case.

2. The historical facts of the prior criminal case, regardless of the outcome of the pending appeal, are relevant to the issue of whether Defendant

filed the liens or encumbrances against the judge and former prosecutor on account of the performance of their official duties. Accordingly, the evidence is admissible under Federal Rule of Evidence 404(b) as proof of motive, intent, and knowledge. It is also inextricably intertwined with the charged offense.

Based on the foregoing, it is

ORDERED AND ADJUDGED: Defendant's motion to stay (doc. 36) and Defendant's motion in limine (doc. 37) are denied.

DONE AND ORDERED this 30th day of December, 2009.

           *s/ Stephan P. Mickle*
           Stephan P. Mickle
           Chief United States District Judge